Geri Lynn Green, (State Bar No. 127709)
LAW OFFICES OF GERI LYNN GREEN<sub>LC</sub>
A Law Corporation
700 Montgomery Street
San Francisco, CA  94111
Telephone:  (415) 982-2600
Facsimile:  (415) 358-4562
Email:  gerigreen@earthlink.net

Attorneys for Plaintiffs
Ted Gabales,  S.V.G.G., and P.S.G

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ted Gabales,  S.V.G.G., and P.S.G (children of decedent Philip Gabales by and through their guardian ad litem Vicki McGinty) )<br><br>Plaintiffs,<br>    vs.<br><br>COUNTY OF SAN JOAQUIN, et.al.,<br><br>Defendants.<br>_____ ) | No. CV 07-02074-LKK-GGH<br><br>**PETITION APPOINTING GUARDIAN AD LITEM; and ORDER** |

Petitioner VICKY MCGINTY respectfully represents:

1.      Petitioner VICKY MCGINTY is the natural mother of minor plaintiffs P.S.G and S.V.G.G.  Minor Plaintiff P.S.G was born on September 11, 1994 and is presently thirteen years old.  Minor Plaintiff S.V.G.G. was born on November 30, 1996 is presently ten years old.

2.      Minor Plaintiffs have causes of action against the named defendants herein on which a lawsuit was brought in this court for violation of civil rights and personal injury tort claims

under Federal and State statutes.

3.      Plaintiffs' causes of action arise out an incident which occurred on December 20,

2005, in which Minor Plaintiffs claims consist of damages flowing from the wrongful death

of their father, Philip Gabales, at the hands of law enforcement officers, as alleged in

Plaintiffs' Complaint.

4.      No previous petition for appointment of guardian ad litem with respect to these

minors has been filed in this matter.

5.      Petitioner is willing to serve as the minors' Guardian Ad Litems as denoted above.

Petitioner is fully competent to understand and protect the rights of the minor, and has no

interest adverse to that of this minor.

6.      Petitioner request that they be appointed guardian ad litems for their children, as

denoted above, to prosecute the above-described causes of action on behalf of their children

as denoted above, and for such other relief as the Court may deem just and proper.

Dated: October 15, 2007                          Respectfully submitted,

                                 LAW OFFICES OF GERI LYNN GREEN LC


                                 By: /S/_____
                                      Geri Lynn Green
                                      Attorneys for Plaintiffs

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Ted Gabales,  S.V.G.G., and P.S.G (children of decedent Philip Gabales by and through their guardian ad litem Vicki McGinty) | ) ) ) ) | No. CV 07-02074-LKK-GGH |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM** |
| vs. | ) ) | |
| COUNTY OF SAN JOAQUIN, et.al., | ) ) | |
| Defendants. | ) | |

**ORDER**

PURSUANT TO PLAINTIFFS' PETITION, the Court hereby grants Plaintiffs' Petition

according to the terms of the petition herein:

VICKY MCGINTY is hereby appointed the Guardian Ad Litem to prosecute the c

claims of Minor Plaintiffs P.S.G and S.V.G.G. in this action.

Dated: October 22, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*Gabales v. County of San Joaquin* Pet. For Guardian ad Litem
[Proposed] Order Appointing Guardian Ad Litem CV 07-02074-LKK-GGH