UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SONJA GABALES, individually, and as Personal Representative of the Estate of Philip Gabales; L.C., a minor, by and through her Guardian Ad Litem, SONJA GABALES,

        Plaintiffs,

  v.

COUNTY OF SAN JOAQUIN, et al.,

        Defendants.
_____/

TED GABALAS, S.V.G.G., and P.S.G. (children of decedent Philip Gabales, by and through their Guardian Ad Litem, VICKY McGINTY,

        Plaintiffs,

  v.

COUNTY OF SAN JOAQUIN, et al.,

        Defendants.
_____/

NO. CIV. S-07-1346 LKK/DAD

No. CIV. S-07-2074 LKK/GGH

<u>RELATED CASE ORDER</u>

1

Examination of the two above-entitled actions reveals that they are related within the meaning of Local Rule 83-123 for the reason that they involve substantially the same questions of fact and law.  Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

The court hereby orders that:

1.  The action denominated CIV. NO. S-07-2074 LKK/GGH is REASSIGNED to Judge Lawrence K. Karlton and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in the reassigned case only, are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV. NO. S-07-2074 LKK/DAD.

2.  The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

3.  Plaintiffs in each case are ordered to inform the court by November 5, 2007 whether they have any objection to the consolidation of these two actions pursuant to Federal Rule of Civil Procedure 42(a).

////

////

////

1  4.  A status conference in both cases is SET for December 3,
2 2007 at 10:00 a.m.
3  IT IS SO ORDERED.
4  DATED:  October 24, 2007.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

3